1

Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

2

3

4

Attorneys for defendant R.F. WEICHERT V, INC.

5

6

## UNITED STATES DISTRICT COURT FOR THE

7

## SOUTHERN DISTRICT OF CALIFORNIA

8

Case No. 5:20-cv-00354-VKD

9

PETER STROJNIK,

10

                            Plaintiff,

        vs.

11

R.F. WEICHERT V, INC. dba JABBERWOCK
INN,

12

13

                            Defendant.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF PHILIP STILLMAN IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND (6)**

**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT.**

Date: April 7, 2020
Time: 10 a.m.
Courtroom: 2, 5th Fl.

Hon. Virginia K. DeMarchi

1

## DECLARATION OF PHILIP H. STILLMAN

2    I, Philip H. Stillman, hereby declare:

3    1.    I am a member of the California State Bar in good standing, and counsel for

4  Defendant in the above-captioned action.  I have personal knowledge of the facts stated

5  herein, and if called as a witness, I could and would testify competently to them.

6    2.    In the related case, *Strojnik v. Bakersfield Convention Hotel I, LLC*, Case No.

7  1:19-cv-01098-LJO-JLT (E.D.Cal.), I represent the defendant, who does business as

8  Bakersfield Marriott at the Convention Center. In connection with that case, my client

9  provided me with a copy of a surveillance video from the hotel's surveillance camera on

10  June 5, 2019 – just three months before Strojnik claims to have visited Defendant's Hotel in

11  this case – which shows plaintiff Strojnik checking into the hotel.  A true and correct copy

12  of the surveillance video from my client can be viewed at https://youtu.be/pnZ2I4yQ3ss.

13    3.    Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a printout obtained

14  from Westlaw showing 109 complaints filed by plaintiff Peter Strojnik.

15    I declare under the penalty of perjury under the laws of the State of California and

16  the United States that the foregoing is true and correct.  Signed this 2nd day of March, 2020

17  at Miami Beach, Florida.

18

19

20    By:_____
    Philip H. Stillman, Esq.

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, the undersigned, certify under penalty of perjury that on March 3 , 2020 or as soon as possible thereafter, copies of the foregoing Motion to Dismiss, Memorandum of Points and Authorities, the Declaration of Philip Stillman and Proposed Order was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and via email to Plaintiff's email address listed with this Court.

By: /s/ *Philip H. Stillman*
Attorneys for R.F. WEICHERT V, INC.

**Exhibit 1**

## 1. (PS) Strojnik v. Kanhaiya, LLC

September 20, 2019  |  CA U.S. Dist. Ct., East  |  2:19-CV-01941  |  Civil Rights, ADA-Other  |  Judge(s): District Judge Troy L. Nunley  |  Plaintiff

Plaintiff(s):  Peter Strojnik, Sr.

Defendant(s): Kanhaiya, LLC

Plaintiff Attorney(s):   Peter Strojnik, Sr.

## 2. Strojnik v. Kanhaiya, LLC

September 20, 2019  |  CA U.S. Dist. Ct., East  |  1:19-CV-01321  |  Civil Rights, ADA-Other  |  Judge(s): District Judge Anthony W. Ishii  |  Plaintiff

Plaintiff(s):  Peter Strojnik, Sr.

Defendant(s): Kanhaiya, LLC

Plaintiff Attorney(s):   Peter Strojnik, Sr.

## 3. Strojnik v. Weaver Enterprises, LP

September 20, 2019  |  CA U.S. Dist. Ct., East  |  1:19-CV-01322  |  Civil Rights, ADA-Other  |  Judge(s): Chief Judge Lawrence J. O'Neill  |  Plaintiff

Plaintiff(s):  Peter Strojnik, Sr.

Defendant(s): Weaver Enterprises, LP

Plaintiff Attorney(s):   Peter Strojnik, Sr.

## 4. Strojnik v. Weaver Enterprises, LP

September 20, 2019  |  CA U.S. Dist. Ct., East  |  2:19-CV-01938  |  Civil Rights, ADA-Other  |  Judge(s): District Judge John A. Mendez  |  Plaintiff

Plaintiff(s):  Peter Strojnik, Sr.

Defendant(s): Weaver Enterprises, LP

Plaintiff Attorney(s):   Peter Strojnik, Sr.

## 5. (PS) Strojnik v. Azul Hospitality Group, LLC et al

September 18, 2019  |  CA U.S. Dist. Ct., East  |  2:19-CV-01877  |  Civil Rights, ADA-Other  |  Judge(s): District Judge Troy L. Nunley  |  None

Plaintiff(s):  Peter Strojnik, Sr.

Defendant(s): Azul Hospitality Group, LLC       McConnell Foundation

Plaintiff
Attorney(s):       Peter Strojnik, Sr.

---

### 6. <u>Strojnik v. BRE SSP Property Owner, LLC</u>
September 11, 2019    |    CA U.S. Dist. Ct., East    |    1:19-CV-01264    |    Civil Rights, ADA-Other    |    Judge(s):
District Judge Dale A. Drozd    |    Plaintiff

Plaintiff(s):     Peter Strojnik, Sr.

Defendant(s):  BRE SSP Property Owner, LLC

Plaintiff
Attorney(s):       Peter Strojnik, Sr.

---

### 7. <u>Strojnik v. Stone Creek Lodging, L.P.</u>
September 11, 2019    |    CA U.S. Dist. Ct., East    |    1:19-CV-01265    |    Civil Rights, ADA-Other    |    Judge(s):
District Judge Dale A. Drozd    |    Plaintiff

Plaintiff(s):     Peter Strojnik, Sr.

Defendant(s):  Stone Creek Lodging, L.P.

Plaintiff
Attorney(s):       Peter Strojnik, Sr.

---

### 8. <u>Strojnik v. Hi Fresno Hotel Holdings, LLC</u>
August 30, 2019    |    CA U.S. Dist. Ct., East    |    1:19-CV-01195    |    Civil Rights, ADA-Other    |    Judge(s): Chief
Judge Lawrence J. O'Neill    |    None

Plaintiff(s):     Peter Strojnik, Sr.

Defendant(s):  Hi Fresno Hotel Holdings, LLC

Plaintiff
Attorney(s):       Peter Strojnik, Sr.

---

### 9. <u>Strojnik v. Hotel Circle GL Holdings, LLC</u>
August 30, 2019    |    CA U.S. Dist. Ct., East    |    1:19-CV-01194    |    Civil Rights, ADA-Other    |    Judge(s): District
Judge Dale A. Drozd    |    None

Plaintiff(s):     Peter Strojnik, Sr.

Defendant(s):  Peter Hotel Circle GL Holdings,
                LLC

Plaintiff
Attorney(s):       Peter Strojnik, Sr.

---

### 10. <u>Strojnik v. Morning View Hotels, Inc.</u>
August 30, 2019    |    CA U.S. Dist. Ct., East    |    1:19-CV-01196    |    Civil Rights, ADA-Other    |    Judge(s): Chief
Judge Lawrence J. O'Neill    |    None

---

WESTLAW    © 2019 Thomson Reuters. No claim to original U.S. Government Works.

Plaintiff(s):    Peter Strojnik, Sr.

Defendant(s): Morning View Hotels, Inc.

Plaintiff          Peter Strojnik, Sr.
Attorney(s):

---

## 11. Strojnik v. Shivkrupa Investments, Inc.

August 30, 2019    |    CA U.S. Dist. Ct., East    |    1:19-CV-01192    |    Civil Rights, ADA-Other    |    Judge(s): District
Judge Dale A. Drozd    |    Plaintiff

Plaintiff(s):    Peter Strojnik, Sr.

Defendant(s): Shivkrupa Investments, Inc.

Plaintiff          Peter Strojnik, Sr.
Attorney(s):

---

## 12. Strojnik v. Uniwell Fresno Hotel, LLC

August 30, 2019    |    CA U.S. Dist. Ct., East    |    1:19-CV-01193    |    Civil Rights, ADA-Other    |    Judge(s): District
Judge Anthony W. Ishii    |    None

Plaintiff(s):    Peter Strojnik, Sr.

Defendant(s): Uniwell Fresno Hotel, LLC

Plaintiff          Peter Strojnik, Sr.
Attorney(s):

---

## 13. Strojnik v. Mount View Hotel Partners, a California Limited Partnership

August 20, 2019    |    CA U.S. Dist. Ct., North    |    3:19-CV-05188    |    Civil Rights, ADA-Other    |    Judge(s):
Magistrate Judge Jacqueline Scott Corley    |    None

Plaintiff(s):    Peter Strojnik, Sr.

Defendant(s): Mount View Hotel Partners, a
California Limited Partnership

Plaintiff          Peter Strojnik, Sr.
Attorney(s):

---

## 14. Strojnik v. Classic Hotels & Resorts LLC et al

August 19, 2019    |    CA U.S. Dist. Ct., North    |    5:19-CV-05149    |    Civil Rights, ADA-Other    |    Judge(s):
Magistrate Judge Susan van Keulen    |    None

Plaintiff(s):    Peter Strojnik, Sr.

Defendant(s): Classic Hotels & Resorts LLC          Grossman Company
                                                   Properties, Inc.,

Plaintiff          Peter Strojnik, Sr.
Attorney(s):

---

### 15. (PS) Strojnik v. Capitol Regency, LLC

August 15, 2019  |  CA U.S. Dist. Ct., East  |  2:19-CV-01587  |  Civil Rights, ADA-Other  |  Judge(s): District Judge Morrison C. England, Jr  |  None

Plaintiff(s):     Peter Strojnik, Sr.

Defendant(s): Capitol Regency, LLC

Plaintiff
Attorney(s):    Peter Strojnik, Sr.

### 16. Peter Strojnik, Sr. v. SCG America Construction Inc.

August 13, 2019  |  CA U.S. Dist. Ct., Cent.  |  8:19-CV-01560  |  Civil Rights, ADA-Other  |  Judge(s): Judge James V. Selna  |  Plaintiff

Plaintiff(s):     Peter Strojnik, Sr

Defendant(s): SCG America Construction Inc.

Plaintiff
Attorney(s):    Peter Strojnik, Sr

### 17. Peter Strojnik v. JW World Enterprises, Inc. Best Western Bakersfield North

August 12, 2019  |  CA U.S. Dist. Ct., East  |  1:19-CV-01096  |  Civil Rights, ADA-Other  |  Judge(s): District Judge Dale A. Drozd  |  None

Plaintiff(s):     Peter Strojnik, Sr.

Defendant(s): JW World Enterprises, Inc.Best
                Western Bakersfield North

Plaintiff
Attorney(s):    Peter Strojnik, Sr.

### 18. Strojnik v. Bakersfield Convention Hotel I, LLC

August 12, 2019  |  CA U.S. Dist. Ct., East  |  1:19-CV-01098  |  Civil Rights, ADA-Other  |  Judge(s): Chief Judge Lawrence J. O'Neill  |  None

Plaintiff(s):     Peter Strojnik, Sr.

Defendant(s): Bakersfield Convention Hotel I,
                LLC

Plaintiff
Attorney(s):    Peter Strojnik, Sr.

### 19. Strojnik v. BRE Newton Hotels Property Owner, LLC

August 12, 2019  |  CA U.S. Dist. Ct., East  |  1:19-CV-01097  |  Civil Rights, ADA-Other  |  Judge(s): Chief Judge Lawrence J. O'Neill  |  None

Plaintiff(s):     Peter Strojnik, Sr.

Defendant(s): BRE Newton Hotels Property
Owner, LLC

Plaintiff
Attorney(s):    Peter Strojnik, Sr.

---

## 20. Strojnik v. Integrated Capital, LLC
August 12, 2019  |  CA U.S. Dist. Ct., East  |  1:19-CV-01099  |  Civil Rights, ADA-Other  |  Judge(s): District
Judge Dale A. Drozd  |  None

Plaintiff(s):    Peter Strojnik, Sr.

Defendant(s): Integrated Capital, LLC

Plaintiff
Attorney(s):    Peter Strojnik, Sr.

---

## 21. Strojnik v. Homestead Inn LLC
August 09, 2019  |  CA U.S. Dist. Ct., North  |  5:19-CV-04619  |  Civil Rights, ADA-Other  |  Judge(s):
Magistrate Judge Virginia K. DeMarchi  |  Plaintiff

Plaintiff(s):    Peter Strojnik, Sr.

Defendant(s): Homestead Inn LLC

Plaintiff
Attorney(s):    Peter Strojnik, Sr.

---

## 22. Strojnik v. Resort at Indian Springs, LLC
August 09, 2019  |  CA U.S. Dist. Ct., North  |  5:19-CV-04616  |  Civil Rights, ADA-Other  |  Judge(s):
Magistrate Judge Susan van Keulen  |  None

Plaintiff(s):    Peter Strojnik

Defendant(s): Resort at Indian Springs, LLC

Plaintiff
Attorney(s):    Peter Strojnik

Defendant
Attorney(s):    Alexander Jacob Leal Kaplan       Diana Marie Estrada

---

## 23. Strojnik v. Marla K Hicks Trust
August 01, 2019  |  CA U.S. Dist. Ct., South  |  3:19-CV-01446  |  Civil Rights, ADA-Other  |  Judge(s): Judge
Gonzalo P. Curiel  |  Plaintiff

Plaintiff(s):    Peter Strojnik, Sr.

Defendant(s): Marla K Hicks Trust          Braemar Partnership

Plaintiff
Attorney(s):    Peter Strojnik, Sr.

Defendant
Attorney(s):    Nadia Parra Bermudez

---

### 24. Strojnik v. RNM Hospitality, Inc et al

August 01, 2019 | CA U.S. Dist. Ct., South | 3:19-CV-01445 | Civil Rights, ADA-Other | Judge(s): Judge William Q. Hayes | Plaintiff

Plaintiff(s):  Peter Strojnik, Sr.

Defendant(s): RNM Hospitality, Inc            Synergy Hotel Group, LLC

Plaintiff            Peter Strojnik, Sr.
Attorney(s):

### 25. Strojnik v. Bartell Hotels Management Company

July 24, 2019 | CA U.S. Dist. Ct., South | 3:19-CV-01391 | Civil Rights, ADA-Other | Judge(s): Judge Dana M. Sabraw | Plaintiff

Plaintiff(s):  Peter Strojnik, Sr.

Defendant(s): Bartell Hotels Management Company

Plaintiff            Peter Strojnik, Sr.
Attorney(s):

### 26. Strojnik v. CWI 2 La Jolla Hotel, LP

July 24, 2019 | CA U.S. Dist. Ct., South | 3:19-CV-01381 | Civil Rights, ADA-Other | Judge(s): Judge Gonzalo P. Curiel | Plaintiff

Plaintiff(s):  Peter Strojnik, Sr.

Defendant(s): CWI 2 La Jolla Hotel, LP

Plaintiff            Peter Strojnik, Sr.
Attorney(s):

### 27. Strojnik v. Lizerbram

July 24, 2019 | CA U.S. Dist. Ct., South | 3:19-CV-01390 | Civil Rights, ADA-Other | Judge(s): Chief Judge Larry Alan Burns | Plaintiff

Plaintiff(s):  Peter Strojnik, Sr.

Defendant(s): Martin Lizerbram            Thomas Funke

Plaintiff            Peter Strojnik, Sr.
Attorney(s):

Defendant            Scott Noya            Lee H Roistacher
Attorney(s):

### 28. Strojnik v. Prospect Hospitality, LP.

July 24, 2019 | CA U.S. Dist. Ct., South | 3:19-CV-01386 | Civil Rights, ADA-Other | Judge(s): Judge William Q. Hayes | Plaintiff

Plaintiff(s):    Peter Strojnik, Sr.

Defendant(s):    Prospect Hospitality, LP.

Plaintiff       Peter Strojnik, Sr.
Attorney(s):

---

## 29. Strojnik, Sr v. Cypress Inn Investors

July 11, 2019    |    CA U.S. Dist. Ct., North    |    5:19-CV-03981    |    Civil Rights, ADA-Other    |    Judge(s): Judge
Richard Seeborg    |    Plaintiff

Plaintiff(s):    Peter Strojnik, Sr

Defendant(s):    Cypress Inn Investors

Plaintiff       Peter Strojnik, Sr
Attorney(s):

---

## 30. Strojnik, Sr v. Cypress Inn Investors

July 11, 2019    |    CA U.S. Dist. Ct., North    |    3:19-CV-03981    |    Civil Rights, ADA-Other    |    Judge(s): Judge
Richard Seeborg    |    Plaintiff

Plaintiff(s):    Peter Strojnik, Sr

Defendant(s):    Cypress Inn Investors

Plaintiff       Peter Strojnik, Sr
Attorney(s):

Defendant       Andrew H. Swartz
Attorney(s):

---

## 31. Strojnik v. 539 Johnson Street, LLC

July 10, 2019    |    CA U.S. Dist. Ct., North    |    3:19-CV-03980    |    Civil Rights, ADA-Other    |    Judge(s): Magistrate
Judge Joseph C. Spero    |    Plaintiff

Plaintiff(s):    Peter Strojnik, Sr.

Defendant(s):    539 Johnson Street, LLC

Plaintiff       Peter Strojnik, Sr.
Attorney(s):

---

## 32. Strojnik v. IA Lodging Napa First LLC

July 10, 2019    |    CA U.S. Dist. Ct., North    |    4:19-CV-03983    |    Civil Rights, ADA-Other    |    Judge(s): Magistrate
Judge Donna M. Ryu    |    Plaintiff

Plaintiff(s):    Peter Strojnik

Defendant(s):    IA Lodging Napa First LLC

Plaintiff       Peter Strojnik
Attorney(s):

| Defendant Attorney(s): | Eric Michael Kennedy | Tracy Anne Warren |
| --- | --- | --- |

## 33. Strojnik v. WCH Napa LLC

July 10, 2019  |  CA U.S. Dist. Ct., North  |  4:19-CV-03968  |  Civil Rights, ADA-Other  |  Judge(s): Magistrate Judge Kandis A. Westmore  |  Plaintiff

Plaintiff(s):  Peter Strojnik, Sr.

Defendant(s):  WCH Napa LLC

Plaintiff Attorney(s):  Peter Strojnik, Sr.

## 34. Strojnik v. GHALP Parnership, L.P.

June 24, 2019  |  CA U.S. Dist. Ct., South  |  3:19-CV-01187  |  Civil Rights, ADA-Other  |  Judge(s): Chief Judge Larry Alan Burns  |  None

Plaintiff(s):  Peter Strojnik, Sr.

Defendant(s):  GHALP Parnership, L.P.

Plaintiff Attorney(s):  Peter Strojnik, Sr.

## 35. Strojnik v. La Jolla Bed & Breakfast Inc.

June 24, 2019  |  CA U.S. Dist. Ct., South  |  3:19-CV-01186  |  Civil Rights, ADA-Other  |  Judge(s): Judge William Q. Hayes  |  None

Plaintiff(s):  Peter Strojnik, Sr.

Defendant(s):  La Jolla Bed & Breakfast Inc.

Plaintiff Attorney(s):  Peter Strojnik, Sr.

## 36. Strojnik v. GF Carneros Tenant, LLC

June 20, 2019  |  CA U.S. Dist. Ct., North  |  3:19-CV-03583  |  Civil Rights, ADA-Other  |  Judge(s): Magistrate Judge Jacqueline Scott Corley  |  Both

Plaintiff(s):  Peter Strojnik

| Defendant(s): | Napa LW Hotel Associates | GF Carneros Tenant, LLC |
| --- | --- | --- |

Plaintiff Attorney(s):  Peter Strojnik

| Defendant Attorney(s): | Shane Singh | Adam Pierce Smith |
| --- | --- | --- |

**WESTLAW**  © 2019 Thomson Reuters. No claim to original U.S. Government Works.

## 37. Strojnik v. Fowler LLC

June 13, 2019  |  CA U.S. Dist. Ct., North  |  3:19-CV-03376  |  Civil Rights, ADA-Other  |  Judge(s): Magistrate Judge Thomas S. Hixson  |  Plaintiff

Plaintiff(s):    Peter Strojnik, Sr.

Defendant(s): Fowler LLC

Plaintiff        Peter Strojnik, Sr.
Attorney(s):

## 38. Strojnik v. Madrona Manor Wine Country Inn & Restaurant Inc.

June 13, 2019  |  CA U.S. Dist. Ct., North  |  3:19-CV-03375  |  Civil Rights, ADA-Other  |  Judge(s): Magistrate Judge Laurel Beeler  |  Both

Plaintiff(s):    Peter Strojnik, Sr.

Defendant(s): Madrona Manor Wine Country
Inn & Restaurant Inc.

Plaintiff        Peter Strojnik, Sr.
Attorney(s):

Defendant     John A. Holdredge              Magdalena Ridley McQuilla
Attorney(s):

## 39. Strojnik v. Wilson

June 13, 2019  |  CA U.S. Dist. Ct., North  |  3:19-CV-03377  |  Civil Rights, ADA-Other  |  Judge(s): Magistrate Judge Sallie Kim  |  None

Plaintiff(s):    Peter Strojnik, Sr.

Defendant(s): Kenneth C. Wilson

Plaintiff        Peter Strojnik, Sr.
Attorney(s):

## 40. Strojnik, Sr. v. First & Mission Properties LLC

June 05, 2019  |  CA U.S. Dist. Ct., North  |  5:19-CV-03122  |  Civil Rights, ADA-Other  |  Judge(s): Judge Nathanael M. Cousins  |  None

Plaintiff(s):    Peter Strojnik, Sr.

Defendant(s): First & Mission Properties LLC

Plaintiff        Peter Strojnik, Sr.
Attorney(s):

Defendant     Julia Nell Sarnoff
Attorney(s):

## 41. <u>Strojnik v. Xenia Hotels & Resorts, Inc.</u>

June 04, 2019 | CA U.S. Dist. Ct., North | 5:19-CV-03082 | Civil Rights, ADA-Other | Judge(s): Judge
Nathanael M. Cousins | Plaintiff

Plaintiff(s): Peter Strojnik, Sr.

Defendant(s): Xenia Hotels & Resorts, Inc.

Plaintiff Attorney(s): Peter Strojnik, Sr.

Defendant Attorney(s): Tracy Anne Warren

## 42. <u>Strojnik v. Hyatt International Corporation</u>

May 31, 2019 | CA U.S. Dist. Ct., North | 5:19-CV-03006 | Civil Rights, ADA-Other | Judge(s): Judge
Nathanael M. Cousins | None

Plaintiff(s): Peter Strojnik

Defendant(s): Hyatt International Corporation

Plaintiff Attorney(s): Peter Strojnik

| Defendant Attorney(s): | Tracy Anne Warren | Eric Michael Kennedy | Rick Anthony Waltman |

## 43. <u>Peter Strojnik Sr. v. Khanna Enterprises, LTD</u>

May 30, 2019 | CA U.S. Dist. Ct., Cent. | 8:19-CV-01045 | Civil Rights, ADA-Other | Judge(s): Judge
James V. Selna | Plaintiff

Plaintiff(s): Peter Strojnik, Sr

Defendant(s): Khanna Enterprises, LTD

Plaintiff Attorney(s): Peter Strojnik, Sr

## 44. <u>Peter Strojnik Sr. v. King Frederick Motel, LLC</u>

May 28, 2019 | CA U.S. Dist. Ct., Cent. | 2:19-CV-04615 | Civil Rights, ADA-Other | Judge(s): Judge John
A. Kronstadt | Plaintiff

Plaintiff(s): Peter Strojnik, Sr

Defendant(s): King Frederick Motel, LLC

Plaintiff Attorney(s): Peter Strojnik, Sr

### 45. Peter Strojnik, Sr. v. Bent Olsen et al

May 28, 2019  |  CA U.S. Dist. Ct., Cent.  |  2:19-CV-04614  |  Civil Rights, ADA-Other  |  Judge(s): Judge Stephen V. Wilson  |  Plaintiff

Plaintiff(s):  Peter Strojnik, Sr

Defendant(s): Bent Olsen                 Susy Gioconda

Plaintiff Attorney(s):  Peter Strojnik, Sr

---

### 46. Peter Strojnik Sr. v. Orangewood LLC

May 17, 2019  |  CA U.S. Dist. Ct., Cent.  |  8:19-CV-00946  |  Civil Rights, ADA-Other  |  Judge(s): Judge Dale S. Fischer  |  Plaintiff

Plaintiff(s):  Peter Strojnik, Sr

Defendant(s): Orangewood LLC

Defendant Attorney(s): Philip H Stillman

Plaintiff Attorney(s):  Peter Strojnik, Sr

---

### 47. Peter Strojnik v. Landmark Marriott Suites LLC

May 17, 2019  |  CA U.S. Dist. Ct., Cent.  |  8:19-CV-00944  |  Civil Rights, ADA-Other  |  Judge(s): Magistrate Judge Patrick J. Walsh  |  Plaintiff

Plaintiff(s):  Peter Strojnik, Sr

Defendant(s): Landmark Marriott Suites LLC

Plaintiff Attorney(s):  Peter Strojnik, Sr

Defendant Attorney(s):  Cindy Jina Lee         Daniel Adlai Berman         Jade N Tran

---

### 48. Peter Strojnik v. Ayres-Orange, L.P.

May 16, 2019  |  CA U.S. Dist. Ct., Cent.  |  8:19-CV-00930  |  Civil Rights, ADA-Other  |  Judge(s): Judge David O. Carter  |  Plaintiff

Plaintiff(s):  Peter Strojnik, Sr

Defendant(s): Ayres-Orange, L.P.

Plaintiff Attorney(s):  Peter Strojnik, Sr

Defendant Attorney(s):  David E Karlin         Larry Scott Karlin         Michael Joseph Karlin

### 49. Strojnik v. VY Verasa Commercial Company LLC et al

May 15, 2019    |    CA U.S. Dist. Ct., North    |    3:19-CV-02556    |    Civil Rights, ADA-Other    |    Judge(s): Judge William H. Orrick    |    Defendant

| | | | |
|---|---|---|---|
| Plaintiff(s): | Peter Strojnik | | |
| Defendant(s): | VY Verasa Commercial Company LLC | Greg Hurley | Jane Doe Hurley |
| | Sheppard Mullin | | |
| Plaintiff Attorney(s): | Peter Strojnik | | |
| Defendant Attorney(s): | Gregory F. Hurley | Bradley James Leimkuhler | |

---

### 50. In Re: v. Strojnik et al

May 14, 2019    |    CA U.S. Dist. Ct., South    |    3:19-CV-00909    |    Civil Rights, ADA-Other    |    Judge(s): Judge William Q. Hayes    |    Plaintiff

| | | |
|---|---|---|
| Plaintiff(s): | Peter Strojnik, Sr. | |
| Defendant(s): | Host Hotels and Resorts, LP | |
| Plaintiff Attorney(s): | Peter Strojnik, Sr. | |
| Defendant Attorney(s): | Tracy Anne Warren | Rick A. Waltman |

---

### 51. Strojnik v. Mirabel Hotel and Restaurant Group LLC

May 10, 2019    |    CA U.S. Dist. Ct., North    |    5:19-CV-02529    |    Civil Rights, ADA-Other    |    Judge(s): Magistrate Judge Susan van Keulen    |    Both

| | | |
|---|---|---|
| Plaintiff(s): | Peter Strojnik, Sr. | |
| Defendant(s): | Mirabel Hotel and Restaurant Group LLC | |
| Plaintiff Attorney(s): | Peter Strojnik, Sr. | |
| Defendant Attorney(s): | Cathleen M Giovannini | Stephan Allen Barber |

---

### 52. Peter Strojnik v. Four Sisters Inns, Inc

April 18, 2019    |    CA U.S. Dist. Ct., Cent.    |    2:19-CV-02991    |    Civil Rights, ADA-Other    |    Judge(s): Judge Otis D. Wright, II    |    Plaintiff

| | |
|---|---|
| Plaintiff(s): | Peter Strojnik, Sr |
| Defendant(s): | Four Sisters Inns, Inc |

Plaintiff        Peter Strojnik, Sr
Attorney(s):

Defendant       Philip H Stillman
Attorney(s):

---

### 53. Peter Strojnik v. Pacifica Hotel Company, Inc.
April 10, 2019    |    CA U.S. Dist. Ct., Cent.    |    2:19-CV-02743    |    Civil Rights, ADA-Other    |    Judge(s): Judge
Michael W. Fitzgerald    |    Plaintiff

Plaintiff(s):    Peter Strojnik, Sr

Defendant(s):  Pacifica Hotel Company, Inc.

Plaintiff        Peter Strojnik, Sr
Attorney(s):

Defendant       Melissa T Daugherty          Kelley Marie Blasa Fox
Attorney(s):

---

### 54. Strojnik v. Bernardus LLC
April 08, 2019    |    CA U.S. Dist. Ct., North    |    5:19-CV-01875    |    Civil Rights, ADA-Other    |    Judge(s): Judge
Lucy H. Koh    |    Plaintiff

Plaintiff(s):    Peter Strojnik, Sr.              Woodside Hotel Group, LTD

Defendant(s):  Bernardus LLC                  Woodside Hotel Group, LTD          Monterey Holdings, L.P.

               Peter Strojnik, Sr.

Plaintiff        Peter Strojnik, Sr.            Matthew J. Weber
Attorney(s):

Defendant       Eric Tepper Byrne             Robert David Vogel                Matthew J. Weber
Attorney(s):

---

### 55. Strojnik v. JMA Ventures LLC
April 08, 2019    |    CA U.S. Dist. Ct., North    |    5:19-CV-01876    |    Civil Rights, ADA-Other    |    Judge(s): Magistrate
Judge Susan van Keulen    |    Plaintiff

Plaintiff(s):    Peter Strojnik, Sr.

Defendant(s):  JMA Ventures LLC

Plaintiff        Peter Strojnik, Sr.
Attorney(s):

Defendant       Janelle Jad Sahouria
Attorney(s):

---

### 56. Strojnik v. Torrey Pines Club Corporation
April 08, 2019    |    CA U.S. Dist. Ct., South    |    3:19-CV-00650    |    Civil Rights, ADA-Other    |    Judge(s): Judge
Cynthia Bashant    |    Plaintiff

---

| Plaintiff(s): | Peter Strojnik, Sr. | Evans Hotels, LLC | |
|---|---|---|---|
| Defendant(s): | Torrey Pines Club Corporation | Evans Hotels, LLC | Peter Strojnik, Sr. |
| Plaintiff Attorney(s): | Peter Strojnik, Sr. | Nadia Parra Bermudez | Lindsey Nicole Casillas |
| Defendant Attorney(s): | Nadia Parra Bermudez | Lindsey Nicole Casillas | Peter Strojnik, Sr. |



## 57. Strojnik v. Ensemble Hotel Partners, LLC

April 05, 2019   |   CA U.S. Dist. Ct., North   |   5:19-CV-01844   |   Civil Rights, ADA-Other   |   Judge(s): Magistrate Judge Virginia K. DeMarchi   |   Plaintiff

| Plaintiff(s): | Peter Strojnik | Ensemble Hotel Partners, LLC | |
|---|---|---|---|
| Defendant(s): | Ensemble Hotel Partners, LLC | Peter Strojnik | |
| Plaintiff Attorney(s): | Peter Strojnik | Eric Tepper Byrne | Robert David Vogel |
| | Matthew J. Weber | | |
| Defendant Attorney(s): | Eric Tepper Byrne | Robert David Vogel | Matthew J. Weber |



## 58. Peter Strojnik v. Aung Solvang LLC

April 03, 2019   |   CA U.S. Dist. Ct., Cent.   |   2:19-CV-02533   |   Civil Rights, ADA-Other   |   Judge(s): Judge Fernando M. Olguin   |   Plaintiff

| Plaintiff(s): | Peter Strojnik, Sr |
|---|---|
| Defendant(s): | Aung Solvang LLC |
| Plaintiff Attorney(s): | Peter Strojnik, Sr |

## 59. Peter Strojnik Sr v. Pasadena Robles Acquisition, LLC

March 20, 2019   |   CA U.S. Dist. Ct., Cent.   |   2:19-CV-02067   |   Civil Rights, ADA-Other   |   Judge(s): Judge Andre Birotte, Jr   |   Plaintiff

| Plaintiff(s): | Peter Strojnik, Sr | |
|---|---|---|
| Defendant(s): | Pasadena Robles Acquisition, LLC | |
| Plaintiff Attorney(s): | Peter Strojnik, Sr | |
| Defendant Attorney(s): | Kendall Carolyn Fisher | Shalend Shane Singh |

## 60. Peter Strojnik v. Urban Commons Cordova, LLC

March 20, 2019  |  CA U.S. Dist. Ct., Cent.  |  2:19-CV-02078  |  Civil Rights, ADA-Other  |  Judge(s): Judge Percy Anderson  |  Plaintiff

Plaintiff(s):  Peter Strojnik, Sr

Defendant(s): Urban Commons Cordova, LLC

Plaintiff
Attorney(s):  Peter Strojnik, Sr

Defendant
Attorney(s):  Kate Sagers                          Martin H Orlick

## 61. Peter Strojnik v. Dole Food Company, Inc.

February 15, 2019  |  CA U.S. Dist. Ct., Cent.  |  2:19-CV-01174  |  Civil Rights, ADA-Other  |  Judge(s): Judge John A. Kronstadt  |  Plaintiff

Plaintiff(s):  Peter Strojnik, Sr

Defendant(s): Dole Food Company, Inc.          Westlake Wellbeing Properties, LLC

Plaintiff
Attorney(s):  Peter Strojnik, Sr

Defendant
Attorney(s):  Amber L Roller              Jan Nicholas Marfori          David H Raizman

## 62. Peter Strojnik, Sr. v. Burton Way Hotels LLC

February 15, 2019  |  CA U.S. Dist. Ct., Cent.  |  2:19-CV-01199  |  Civil Rights, ADA-Other  |  Judge(s): Judge George H. Wu  |  Plaintiff

Plaintiff(s):  Peter Strojnik, Sr

Defendant(s): Burton Way Hotels LLC

Plaintiff
Attorney(s):  Peter Strojnik, Sr

## 63. Peter Strojnik Sr. v. Hyatt Hotels Corp.

February 14, 2019  |  CA U.S. Dist. Ct., Cent.  |  2:19-CV-01148  |  Civil Rights, ADA-Other  |  Judge(s): Judge Percy Anderson  |  Plaintiff

Plaintiff(s):  Peter Strojnik, Sr

Defendant(s): Hyatt Hotels Corp.

Plaintiff
Attorney(s):  Peter Strojnik, Sr

## 64. Peter Strojnik, Sr. v. Georgian Hotel, Inc.

February 14, 2019   |   CA U.S. Dist. Ct., Cent.   |   2:19-CV-01146   |   Civil Rights, ADA-Other   |   Judge(s): Judge George H. Wu   |   Plaintiff

Plaintiff(s):   Peter Strojnik, Sr

Defendant(s): Georgian Hotel, Inc.

Plaintiff
Attorney(s):   Peter Strojnik, Sr

Defendant
Attorney(s):   Kelley Marie Blasa Fox

## 65. Strojnik v. Pendry San Diego, LLC

February 12, 2019   |   CA U.S. Dist. Ct., South   |   3:19-CV-00305   |   Civil Rights, ADA-Other   |   Judge(s): Judge Larry Alan Burns   |   Plaintiff

Plaintiff(s):   Peter Strojnik, Sr.

Defendant(s): Pendry San Diego, LLC

Plaintiff
Attorney(s):   Peter Strojnik, Sr.

Defendant
Attorney(s):   Denise M. Visconti

## 66. Strojnik v. ML San Jose Holding LLC

February 11, 2019   |   CA U.S. Dist. Ct., North   |   5:19-CV-00737   |   Civil Rights, ADA-Other   |   Judge(s): Judge Nathanael M. Cousins   |   Both

Plaintiff(s):   Peter Strojnik, Sr.

Defendant(s): ML San Jose Holding LLC

Plaintiff
Attorney(s):   Peter Strojnik, Sr.

Defendant
Attorney(s):   Alexandra M. Louderback

## 67. Peter Strojnik Sr. v. Singpoli Group, LLC

January 03, 2019   |   CA U.S. Dist. Ct., Cent.   |   2:19-CV-00066   |   Civil Rights, ADA-Other   |   Judge(s): Judge Josephine L. Staton   |   Plaintiff

Plaintiff(s):   Peter Strojnik, Sr

Defendant(s): Singpoli Group, LLC

Plaintiff
Attorney(s):   Peter Strojnik, Sr

Defendant
Attorney(s):   Philip Y Kim

## 68. Strojnik v. Benchmarck Conference Resorts of California, LLC
December 24, 2018    |    CA U.S. Dist. Ct., North    |    5:18-CV-07704    |    Civil Rights, ADA-Other    |    Judge(s):
Magistrate Judge Virginia K. DeMarchi    |    Plaintiff

Plaintiff(s):    Peter Strojnik

Defendant(s):  Benchmarck Conference
               Resorts of California, LLC

Plaintiff        Peter Strojnik
Attorney(s):

Defendant        Matthew Scott Disbrow
Attorney(s):

## 69. Peter Strojnik Sr. v. Best Western Hotels and Resorts
December 18, 2018    |    CA U.S. Dist. Ct., Cent.    |    2:18-CV-10493    |    Civil Rights, ADA-Other    |    Judge(s):
Judge Dolly M. Gee    |    Plaintiff

Plaintiff(s):    Peter Strojnik, Sr

Defendant(s):  Best Western Hotels and        1817 Sepulveda LLC
               Resorts

Plaintiff        Peter Strojnik, Sr
Attorney(s):

## 70. Peter Strojnik Sr. v. Second Street Corporation
December 18, 2018    |    CA U.S. Dist. Ct., Cent.    |    2:18-CV-10495    |    Civil Rights, ADA-Other    |    Judge(s):
Judge John F. Walter    |    Plaintiff

Plaintiff(s):    Peter Strojnik, Sr

Defendant(s):  Second Street Corporation

Plaintiff        Peter Strojnik, Sr
Attorney(s):

## 71. Peter Strojnik Sr. v. Zislis Boutique Hotels, LLC
December 18, 2018    |    CA U.S. Dist. Ct., Cent.    |    2:18-CV-10494    |    Civil Rights, ADA-Other    |    Judge(s):
Judge Philip S. Gutierrez    |    Plaintiff

Plaintiff(s):    Peter Strojnik, Sr

Defendant(s):  Zislis Boutique Hotels, LLC

Plaintiff        Peter Strojnik, Sr
Attorney(s):

## 72. Peter Strojnik v. Marriott International, Inc.
December 10, 2018    |    CA U.S. Dist. Ct., Cent.    |    2:18-CV-10237    |    Civil Rights, ADA-Other    |    Judge(s):
Judge Michael W. Fitzgerald    |    Plaintiff

| | |
|---|---|
| Plaintiff(s): | Peter Strojnik, Sr |
| Defendant(s): | Marriott International, Inc. |
| Other(s): | Robert A Parris |
| Plaintiff Attorney(s): | Peter Strojnik, Sr |
| Defendant Attorney(s): | Matthew Scott Disbrow |

## 73. Peter Strojnik v. Inn on the Beach LLC

November 28, 2018   |   CA Ventura Super. Ct.   |   2018-00520816   |   Civil Rights

| | |
|---|---|
| Plaintiff(s): | Peter Strojnik |
| Defendant(s): | Inn on the Beach LLC |

## 74. Strojnik v. Ravensbrook Inn Yosemite

November 09, 2018   |   CA U.S. Dist. Ct., East   |   1:18-CV-01621   |   Civil Rights, ADA-Other   |   Judge(s): Magistrate Judge Barbara A. McAuliffe   |   Plaintiff

| | | |
|---|---|---|
| Plaintiff(s): | Peter Strojnik, Sr. | |
| Defendant(s): | Ravensbrook Inn Yosemite | |
| Plaintiff Attorney(s): | Peter Strojnik, Sr. | |
| Defendant Attorney(s): | Cris C. Vaughan | Khushpreet Mehton |

## 75. Strojnik v. 574 Escuela, LLC

November 08, 2018   |   CA U.S. Dist. Ct., North   |   3:18-CV-06777   |   Civil Rights, ADA-Other   |   Judge(s): Judge James Donato   |   Plaintiff

| | |
|---|---|
| Plaintiff(s): | Peter Strojnik, Sr. |
| Defendant(s): | 574 Escuela, LLC |
| Plaintiff Attorney(s): | Peter Strojnik, Sr. |
| Defendant Attorney(s): | Philip Harris Stillman |

## 76. Strojnik v. Griffin et al

November 08, 2018   |   CA U.S. Dist. Ct., East   |   1:18-CV-01619   |   Civil Rights, Other Federal Civil Rights   |   Judge(s): Chief Judge Lawrence J. O'Neill   |   Plaintiff

| | | |
|---|---|---|
| Plaintiff(s): | Peter Strojnik, Sr. | |
| Defendant(s): | Anita Griffin | Greg Griffin |

| | |
|---|---|
| Plaintiff Attorney(s): | Peter Strojnik, Sr. |
| Defendant Attorney(s): | Anita Griffin |

Greg Griffin

---

## 77. Strojnik v. The Victus Group, Inc.
November 08, 2018   |   CA U.S. Dist. Ct., East   |   1:18-CV-01620   |   Civil Rights, Other Federal Civil Rights   |   Judge(s): District Judge Anthony W. Ishii   |   Plaintiff

Plaintiff(s):   Peter Strojnik, Sr.

Defendant(s): The Victus Group, Inc.

Plaintiff Attorney(s):   Peter Strojnik, Sr.

---

## 78. Strojnik v. 574 Escuela, LLC
November 02, 2018   |   CA U.S. Dist. Ct., East   |   1:18-CV-01520   |   Civil Rights, ADA-Other   |   Judge(s): Chief Judge Lawrence J. O'Neill   |   Plaintiff

Plaintiff(s):   Peter Strojnik, Sr.

Defendant(s): 574 Escuela, LLC

Plaintiff Attorney(s):   Peter Strojnik, Sr.

---

## 79. Strojnik v. Evergreen Destination Holdings, LLC
November 02, 2018   |   CA U.S. Dist. Ct., East   |   1:18-CV-01522   |   Civil Rights, ADA-Other   |   Judge(s): Chief Judge Lawrence J. O'Neill   |   None

Plaintiff(s):   Peter Strojnik, Sr.

Defendant(s): Evergreen Destination Holdings, LLC

Plaintiff Attorney(s):   Peter Strojnik, Sr.

Defendant Attorney(s):   Janelle Jad Sahouria

---

## 80. Strojnik v. Joie de Vivre Hospitality LLC
October 29, 2018   |   CA U.S. Dist. Ct., North   |   3:18-CV-06587   |   Civil Rights, ADA-Other   |   Judge(s): Magistrate Judge Jacqueline Scott Corley   |   Both

Plaintiff(s):   Peter Strojnik

Defendant(s): Joie de Vivre Hospitality LLC

Plaintiff Attorney(s):   Peter Kristofer Strojnik

---

WESTLAW   © 2019 Thomson Reuters. No claim to original U.S. Government Works.

| Defendant Attorney(s): | Mark S. Posard | Alexandra M. Louderback |
|---|---|---|

---

### 81. Strojnik v. Marriott International Inc

October 29, 2018   |   CA U.S. Dist. Ct., North   |   3:18-CV-06586   |   Civil Rights, ADA-Other   |   Judge(s): Magistrate Judge Elizabeth D. Laporte   |   Plaintiff

Plaintiff(s):   Peter Strojnik

Defendant(s):   Marriott International, Inc.

Plaintiff Attorney(s):   Peter Strojnik

---

### 82. Strojnik v. Suman And Nutan Bhakta DBA Caprice Motel

October 23, 2018   |   CA Kern Super Ct.   |   BCV-18-102672   |   Civil Rights   |   Judge(s): Thomas S. Clark

Plaintiff(s):   Peter Strojnik

| Defendant(s): | Suman Bhakta | Nutan Bhakta | |
|---|---|---|---|
| Attorney(s): | Peter Strojnik | Suman Bhakta | Nutan Bhakta |

---

### 83. Strojnik v. Hotel Azura, LLC

October 18, 2018   |   CA Sonoma Super. Ct.   |   SCV-263384   |   Civil Rights   |   Judge(s): Patrick Broderick

Plaintiff(s):   Peter Strojnik

Defendant(s):   Hotel Azura, LLC

| Attorney(s): | Peter Strojnik | Michael Timothy Heath |
|---|---|---|

---

### 84. STROJNIK V. PIPELINE VENTURES INC [IMAGED]

October 15, 2018   |   CA SAN DIEGO SUPER. CT.   |   37-2018-00052164-CU-CR-NC   |   CIVIL RIGHTS

| Party(s): | PETER STROJNIK | PIPELINE VENTURES, INC |
|---|---|---|

---

### 85. STROJNIK V. SIRY INVESTMENTS LP [IMAGED]

October 12, 2018   |   CA SAN DIEGO SUPER. CT.   |   37-2018-00051960-CU-CR-CTL   |   CIVIL RIGHTS

| Party(s): | PETER STROJNIK | PORTO VISTA HOTEL | SIRY INVESTMENTS LP |
|---|---|---|---|

---

### 86. STROJNIK V. MERRITT HOSPITALITY LLC [IMAGED]

October 11, 2018   |   CA SAN DIEGO SUPER. CT.   |   37-2018-00051611-CU-CR-CTL   |   CIVIL RIGHTS

| Party(s): | PETER STROJNIK | HOTEL REPUBLIC | MERRITT HOSPITALITY LLC |
|---|---|---|---|

---

## 87. STROJNIK V. THE KEATING HOTEL GROUP LLC [IMAGED]

October 10, 2018   |   CA SAN DIEGO SUPER. CT.   |   37-2018-00051438-CU-CR-CTL   |   CIVIL RIGHTS

| Party(s): | PETER STROJNIK | THE KEATING HOTEL | THE KEATING HOTEL GROUP LLC |
|---|---|---|---|

## 88. STROJNIK V. EAT DRINK AND SLEEP INC [IMAGED]

October 09, 2018   |   CA SAN DIEGO SUPER. CT.   |   37-2018-00050712-CU-CR-CTL   |   CIVIL RIGHTS

| Party(s): | PETER STROJNIK | EAT DRINK AND SLEEP INC | TOWER 23 |
|---|---|---|---|

## 89. STROJNIK V. PACIFICA HOTELS LLC [IMAGED]

October 09, 2018   |   CA SAN DIEGO SUPER. CT.   |   37-2018-00051249-CU-CR-CTL   |   CIVIL RIGHTS

| Party(s): | PETER STROJNIK | PACIFICA HOTELS LLC |
|---|---|---|

## 90. Strojnik v. Padre Hotel L.P.

October 05, 2018   |   CA Kern Super Ct.   |   BCV-18-102561   |   Civil Rights   |   Judge(s): Thomas S. Clark

Plaintiff(s):   Peter Strojnik

Defendant(s): Padre Hotel L.P.

Attorney(s):   Peter Strojnik

## 91. Peter Strojnik v. Paul B & Marble I Shults 1992 Trust

October 02, 2018   |   CA Santa Barbara Super. Ct.   |   18CV04869   |   Civil Rights   |   Judge(s): Colleen K Sterne

Plaintiff(s):   Peter Strojnik

Defendant(s): Paul B & Marble I Shults 1992 Trust

Attorney(s):   Peter Strojnik

## 92. Peter Strojnik v. BMN Hospitality Group

September 10, 2018   |   CA Ventura Super. Ct.   |   2018-00517462   |   Civil Rights

| Plaintiff(s): | Peter Strojnik | Peter Strojnik |
|---|---|---|

Defendant(s): BMN Hospitality Group

Attorney(s):   Patricia R Cymerman

## 93. Peter Strojnik v. Cliff House Inn LLC

September 10, 2018   |   CA Ventura Super. Ct.   |   2018-00517464   |   Civil Rights

Plaintiff(s):    Peter Strojnik

Defendant(s):  Cliff House Inn LLC

---

## 94. PETER STROJNIK V. KINTETSU ENTERPRISES COMPANY OF AMERICA

September 07, 2018  |  CA LOS ANGELES SUPER. CT.  |  YC073135  |  CIVIL RIGHTS, DISCRIMINATION
|  Judge(s): DEIRDRE HILL

| Party(s): | STROJNIK PETER | KINTETSU ENTERPRISES COMPANY OF AMERICA | MIYAKO HYBRID HOTEL TORRANCE |
|---|---|---|---|

Attorney(s):  ROBERT WILLIAM CONTI

---

## 95. Peter Strojnik v. Hersha Hospitality Management LP

August 27, 2018  |  CA Santa Barbara Super. Ct.  |  18CV04240  |  Civil  |  Judge(s): Thomas P Anderle

Plaintiff(s):  Peter Strojnik

Defendant(s):  Hersha Hospitality
              Management LP

Attorney(s):  Peter Strojnik          Hilda Aguilar

---

## 96. PETER STROJNIK V. LANGHAM HOTELS PACIFIC CORPORATION

July 30, 2018  |  CA LOS ANGELES SUPER. CT.  |  EC069072  |  CIVIL RIGHTS, DISCRIMINATION
|  Judge(s): RALPH C. HOFER

| Party(s): | STROJNIK PETER | STROJNIK PETER | LANGHAM HOTELS PACIFIC CORPORATION |
|---|---|---|---|
|  | LANGHAM HOTELS PACIFIC CORPORATION | | |

---

## 97. PETER STROJNIK V. THE EDWARD THOMAS HOSPITALITY CORPORATION

July 27, 2018  |  CA LOS ANGELES SUPER. CT.  |  SC129601  |  CIVIL RIGHTS, DISCRIMINATION
|  Judge(s): CRAIG D. KARLAN

| Party(s): | STRONJNIK PETER | STRONJNIK PETER | THE EDWARD THOMAS HOSPITALITY CORPORATION |
|---|---|---|---|
|  | THE EDWARD THOMAS HOSPITALITY CORPORATION | | |

Attorney(s):  PETER STROJNIK

---

## 98. STROJNIK V. SADDLEBACK

July 25, 2018  |  CA SAN BERNARDINO SUPER. CT  |  CIVDS1819135  |  CIVIL RIGHTS, DISCRIMINATION

Party(s):     PETER STROJNIK          SADDLEBACK INN, INC.

Attorney(s):  PETER STROJNIK          SADDLEBACK INN, INC.

---

## 99. STRONJNIK V. HISTORIC MISSION INN

July 24, 2018   |   CA RIVERSIDE SUPER. CT.   |   RIC1815140   |   CIVIL RIGHTS

Party(s):    PETER STROJNIK             HISTORIC MISSION INN
                                        CORPORATION

Attorney(s):  PETER STROJNIK

## 100. PETER STROJNIK V. LAGUNA BEACH LODGE, LLC

July 20, 2018   |   CA ORANGE SUPER. CT.   |   30-2018-01006888-CU-CR-CJC   |   CIVIL RIGHTS

Party(s):    PETER STROJNIK             LAGUNA BEACH LODGE, LLC

## 101. PETER STROJNIK V. ALISO CREEK PROPERTIES, LLC

July 18, 2018   |   CA ORANGE SUPER. CT.   |   30-2018-01006511-CU-CR-CJC   |   CIVIL RIGHTS

Party(s):    PETER STROJNIK             LAGUNA BEACH GOLF &        ALISO CREEK PROPERTIES,
                                        BUNGALOW VILLAGE           LLC

             OHANA REAL ESTATE
             INVESTORS

## 102. STROJNIK V. LA SALLE HOTEL PROPERTIES [IMAGED]

July 12, 2018   |   CA SAN DIEGO SUPER. CT.   |   37-2018-00034632-CU-CR-CTL   |   CIVIL RIGHTS

Party(s):    PETER STROJNIK             L' AUBERGE DEL MAR         LA SALLE HOTEL
                                                                  PROPERTIES

## 103. STROJNIK V. RANCHO VALENCIARESORT PARTNERS LLC [IMAGED]

July 11, 2018   |   CA SAN DIEGO SUPER. CT.   |   37-2018-00034235-CU-CR-NC   |   CIVIL RIGHTS

Party(s):    PETER STROJNIK             RANCHO VALENCIA RESORT
                                        PARTNERS, LLC

## 104. STROJNIK V. CARTER ESTATE WINERY

July 05, 2018   |   CA RIVERSIDE SUPER. CT.   |   MCC1800736   |   CIVIL RIGHTS

Party(s):    PETER STROJNIK             CARTER ESTATE WINERY
                                        AND RESORT LLC

Attorney(s):  PETER STROJNIK            CARTER ESTATE WINERY
                                        AND RESORT LLC

## 105. STROJNIK V. COLONY PALMS HOTEL LLC

July 05, 2018   |   CA RIVERSIDE SUPER. CT.   |   PSC1803913   |   CIVIL RIGHTS

| Party(s): | PETER STROJNIK | COLONY PALMS HOTELLLC |
| Attorney(s): | PETER STROJNIK | COLONY PALMS HOTELLLC |

---

## 106. STROJNIK V. STEVE HERMANN HOTELS LLC
June 25, 2018    |    CA RIVERSIDE SUPER. CT.    |    PSC1803715    |    CIVIL RIGHTS

| Party(s): | PETER STROJNIK | STEVE HERMANN HOTELS LLC |
| Attorney(s): | PETER STROJNIK | |

---

## 107. STROJNIK V. PARKER PALM SPRINGS
June 22, 2018    |    CA RIVERSIDE SUPER. CT.    |    PSC1803681    |    CIVIL RIGHTS

| Party(s): | PETER STROJNIK | PARKER PALM SPRINGS II LLC |
| Attorney(s): | PETER STROJNIK | PARKER PALM SPRINGS II LLC |

---

## 108. STROJNIK V. SOUTH COAST WINERY
May 25, 2018    |    CA RIVERSIDE SUPER. CT.    |    MCC1800568    |    CIVIL RIGHTS

| Party(s): | PETER STROJNIK | SOUTH COAST WINERYINC |
| Attorney(s): | PETER STROJNIK | SOUTH COAST WINERYINC |

---

## 109. STROJNIK V. WELK RESORT
April 09, 2018    |    CA RIVERSIDE SUPER. CT.    |    PSC1801993    |    CIVIL RIGHTS

| Party(s): | PETER STROJNIK | WELK RESORT VACATION RENTALS INC |
| Attorney(s): | PETER STROJNIK | WELK RESORT VACATION RENTALS INC |

---