UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER STROJNIK,<br><br>        Plaintiff,<br><br>   v.<br><br>R.F. WEICHERT V, INC.,<br><br>        Defendant. | Case No. 20-cv-00354-VKD<br><br>**ORDER SETTING MARCH 19, 2020 DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

Defendant has moved to dismiss the complaint. Dkt. No. 7. All named parties must consent to magistrate judge jurisdiction before a magistrate judge may hear and decide a case. 28 U.S.C. § 636(c)(1); *Williams v. King*, 875 F.3d 500 (9th Cir. 2017). Although this Court has issued notices reminding the parties of the assignment of this matter to a magistrate judge (Dkt. Nos. 5, 8), to date, the Court does not have the consent of all parties to magistrate judge jurisdiction. Accordingly, all parties that have not yet done so must file either a consent or declination to proceed before a magistrate judge **by March 19, 2020**. The consent/declination form is available on the Northern District of California's website.[1] Parties are free to withhold consent without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2).

**IT IS SO ORDERED.**

Dated: March 16, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] https://cand.uscourts.gov/filelibrary/1335/MJ_Consent-Declination_Form_Jan2014.pdf