United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER STROJNIK,<br><br>    Plaintiff,<br><br>v.<br><br>R.F. WEICHERT V, INC.,<br><br>    Defendant. | Case No.  20-cv-00354-VKD<br><br>**CLERK'S NOTICE** |

Mandatory telephone appearances.  In light of the current public health emergency all civil hearings and case management conference appearances set before Magistrate Judge DeMarchi will be conducted by telephone.  Mr. Strojnik and Counsel shall arrange for appearance via telephone by calling directly into the courtroom at 408-808-3980.

Dated: March 17, 2020

Susan Y. Soong
Clerk, United States District Court

By: *[signature]*
Patty Cromwell, Deputy Clerk to the
Honorable VIRGINIA K. DEMARCHI