UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>R.F. WEICHERT V, INC.,<br><br>　　　　　　Defendants. | Case No.: 20-cv-00354-VKD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1)　I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)　On 3/17/2020, I SERVED a true and correct copy(ies) of the attached, CLERK'S NOTICE by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

　　Peter Strojnik
　　7847 N. Central Ave
　　Phoenix, AZ 85020

Dated: 3/17/2020

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: _____/s/ P. Cromwell_____
　　　　　　　　　　　　　　　　　　　　Patty Cromwell, Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　the Honorable Virginia K. DeMarchi