United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER STROJNIK,<br><br>             Plaintiff,<br><br>     v.<br><br>R.F. WEICHERT V, INC.,<br><br>             Defendant. | Case No.  20-cv-00354-VKD<br><br>**ORDER FOR REASSIGNMENT TO A DISTRICT JUDGE** |

On March 3, 2020, defendant R.F. Weichert V, Inc. moved to dismiss the complaint.  Dkt. No. 7.  All named parties must consent to magistrate judge jurisdiction before a magistrate judge may hear and decide a case.  28 U.S.C. § 636(c)(1); *Williams v. King*, 875 F.3d 500 (9th Cir. 2017).  Although this Court has issued notices and at least one order reminding the parties of the assignment of this matter to a magistrate judge (Dkt. Nos. 4, 8, 10), to date, the Court does not have the consent of all parties to magistrate judge jurisdiction.  Accordingly, the Clerk shall reassign this case to a district judge pursuant to the Court's Assignment Plan.  Upon full consent of all parties, this case may be reassigned back to the undersigned magistrate judge.

**IT IS SO ORDERED.**

Dated:  March 20, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge