UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>         Plaintiffs,<br><br>v.<br><br>R.F. WEICHERT V, INC.,<br><br>         Defendants. | Case No.: 20-cv-00354-VKD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 3/23/2020, I SERVED a true and correct copy(ies) of the attached, ORDER FOR REASSIGNMENT TO A DISTRICT JUDGE by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Peter Strojnik
7847 N. Central Ave
Phoenix, AZ 85020

Dated: 3/23/2020

Susan Y. Soong
Clerk, United States District Court

By: _____
Patty Cromwell, Deputy Clerk to
the Honorable Virginia K. DeMarchi