UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER STROJNIK,<br><br>      Plaintiff,<br><br>   v.<br><br>R.F. WEICHERT V, INC.,<br><br>      Defendant. | Case No. 20-CV-00354-LHK<br><br>**ORDER OF REASSIGNMENT** |

On January 16, 2020, Plaintiff Peter Strojnik filed the instant lawsuit pro se against Defendant R.F. Weichert V, Inc. ECF No. 1.

The case was referred to United States Magistrate Judge Virginia K. DeMarchi. ECF No. 4. On January 30, 2020, the Clerk requested that the parties each file a consent or declination to magistrate judge jurisdiction by February 13, 2020. *Id.* On February 7, 2020, Plaintiff filed a consent to magistrate judge jurisdiction. ECF No. 5. However, Defendant did not file a consent or declination by February 13, 2020. On March 3, 2020, the Clerk requested that Defendant file a consent or declination to magistrate judge jurisdiction by March 10, 2020. ECF No. 8. On March 12, 2020, Plaintiff again filed a consent to magistrate judge jurisdiction. ECF No. 9. However, once more, Defendant did not file a consent or declination by March 10, 2020. Finally, on March

1

Case No. 20-CV-00354-LHK
ORDER OF REASSIGNMENT

1  16, 2020, Magistrate Judge DeMarchi ordered Defendant to file a consent or declination to
2  magistrate judge jurisdiction by March 19, 2020.  ECF No. 10.  Defendant did not file a consent or
3  declination by March 19, 2020, and Magistrate Judge DeMarchi therefore filed an order
4  reassignment to a district judge on March 20, 2020.  ECF No. 13.

5   On March 23, 2020, on the same day that the instant case was reassigned to the
6  undersigned district judge, Defendant filed a consent to magistrate judge jurisdiction dated March
7  3, 2020.  ECF No. 15.  Defendant's counsel filed a sworn declaration that indicated that Defendant
8  had previously executed the consent on March 3, 2020, but had forgotten to file it.  ECF No. 16.
9  Defendant's counsel asked that the case "be re-referred to Magistrate [Judge] DeMarchi." *Id.* ¶ 4.

10  All parties have now consented to the assignment of this case to a Magistrate Judge for all
11  purposes, including entry of final judgment.  ECF Nos. 5, 9, 15, 16.  Appeal from the judgment
12  shall be taken directly to the United States Court of Appeals for the Ninth Circuit. The Clerk shall
13  reassign the instant case to Magistrate Judge DeMarchi.

**IT IS SO ORDERED.**

Dated: March 30, 2020

_____
LUCY H. KOH
United States District Judge

Case No. 20-CV-00354-LHK
ORDER OF REASSIGNMENT

2