UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PETER STROJNIK,

        Plaintiff,

v.

R.F. WEICHERT V, INC.,

        Defendant.

Case No. 20-cv-00354-VKD

**ORDER FOR STATUS REPORT**

On March 3, 2020, defendant R.F. Weichert V, Inc. ("Weichert") moved to dismiss the complaint filed by plaintiff Peter Strojnik. Dkt. No. 7. The motion to dismiss has not been briefed, and the deadlines for doing so have passed. Civ. L.R. 7-3. On March 18, 2020, Mr. Strojnik timely filed an amended complaint as of right (Dkt. No. 12). Fed. R. Civ. P. 15(a)(1)(B). Weichert's response to the amended complaint was due by April 1, 2020. Fed. R. Civ. P. 15(a)(3). To date, no response has been filed.

By April 13, 2020, the parties shall file a joint status report regarding their respective views as to how the Court should proceed, if at all, with respect to Weichert's March 3, 2020 motion to dismiss. Upon receipt of the parties' report, the Court may issue further orders as appropriate.

**IT IS SO ORDERED.**

Dated: April 3, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge