Name: Peter Strojnik
Address: 7847 N. Central Avenue
Phoenix, AZ 85020
Phone Number: 602-524-6602
E-mail Address: ps@strojnik.com
Pro Se

FILED
APR 20 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Peter Strojnik, Sr.

    Plaintiff,

vs.

R.F. WEICHERT V, INC.

    Defendant.

Case Number: 5:20-cv-00354-VKD

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge: Hon. Virginia K. DeMarchi

As the (**Plaintiff**/Defendant) Peter Strojnik in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
3. I have regular access to the technical requirements necessary to e-file successfully:
   - ☑ A computer with internet access;
   - ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - ☑ A scanner to convert documents that are only in paper format into electronic files;
   - ☑ A printer or copier to create trequired paper copies such as chambers copies;
   - ☑ A word-processing program to create documents; and
   - ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 4-17-2020

Signature: /s/ Peter Strojnik