Name: Peter Strojnik
Address: 7847 N. Central Avenue
Phoenix, AZ 85020
Phone Number: 602-524-6602
E-mail Address: ps@strojnik.com
*Pro Se*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik, Sr. | Case Number: 5:20-cv-00354-VKD |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| vs. | DATE: |
| R.F. WEICHERT V, INC. | TIME: |
| | COURTROOM: |
| | JUDGE: |
| Defendant. | |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____

_____
United States District/Magistrate Judge