Name: Peter Strojnik
Address: 7847 N. Central Avenue, Phoenix, AZ 85020
Phone Number: 602-524-6602
E-mail Address: ps@strojnik.com
*Pro Se*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik, Sr.,<br><br>Plaintiff,<br><br>vs.<br><br>R.F. WEICHERT V, INC.<br><br>Defendant. | Case Number: 5:20-cv-00354-VKD<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE:<br><br>Re: Dkt. No. 23 |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: April 22, 2020

*Virginia K. DeMarchi*

United States ~~District~~/Magistrate Judge
Virginia K. DeMarchi