Peter Strojnik (Sr.),
7847 N. Central Ave.
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>R.F. WEICHERT V, INC. dba JABBERWOCK INN<br><br>　　　　　Defendant. | Case No: 5:20-cv-00354-VKD<br><br>**NOTICE OF DECISIONS BY PLAINTIFF** |

　　　Plaintiff submits legally indistinguishable cases where California District Courts denied motions to dismiss similar to Defendant's, Dkt. 28. *See* Exhibit 1 *Denial of Motion to Dismiss* in *Johnson v. Alhambra & O Associates* (E.D. Cal. 2:19-cv-00103-JAM-DB at Dkt. 15), Exhibit 2, *Denial of Motion to Dismiss* in *Strojnik v. 574 Escuela, LLC.* (N.D. Cal. 3:18-cv-06777-JD at Dkt. 13); Exhibit 3, *Denial of Motion for Reconsideration*, in *Strojnik v. 574 Escuela* at Dkt. 24; and Exhibit 4, *Denial of Motion to Dismiss* in *Strojnik v. GF Carneros Tenant* (N.D. Cal. 3:19-cv-03583-JSC at Dkt. 28)

　　　These cases indicate the tension between 12(b)(1) jurisdictional allegations and 12(b)(6) claim allegations. This distinction is subject to Plaintiff's request for clarification in the 9th Circuit Court of Appeals in the matter of *Strojnik v. Four Sister's Inn* (9th Cir. No. 19-56523 at Dkt. 8) appended hereto as Exhibit 5.

1 RESPECTFULLY SUBMITTED this 27th day of May 2020.

**PETER STROJNIK**

_____
Plaintiff

ECF filed this 27th day of May, 2020.