Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax:  (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant R.F. WEICHERT V, INC.

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>R.F. WEICHERT V, INC. dba JABBERWOCK INN,<br><br>　　　　　　Defendant. | Case No. 5:20-cv-00354-VKD<br><br>**SECOND NOTICE OF RECENT DECISION GRANTING MOTION TO DISMISS WITHOUT LEAVE TO AMEND FILED IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND (6)**<br><br>Date: May 19, 2020<br>Time: 10 a.m.<br>Courtroom: 2, 5th Fl.<br><br>Hon. Virginia K. DeMarchi |

Defendant hereby notifies the Court of six new decisions entered on or after May 28, 2020 that are relevant to the currently pending Motion to Dismiss and which are not yet published on Lexis:

1. In the following cases, the district courts dismissed plaintiff Peter Strojnik's substantially similar or identical complaints to the one in this case with prejudice and without leave to amend for lack of standing:

• *Strojnik v. President Hotel Investment, LLC*, Case No. 8:20-cv-00258-DOC (ADSx) (C.D.Cal. May 28, 2020);

• *Strojnik v. Shandilya, Inc.*, Case No. 20-cv-00254-DOC (ADSx) (C.D.Cal. May 28, 2020);

• *Strojnik v. Lee Family Trust*, Case No. 20-0257-DOC (ADSx) (C.D.Cal. May 28, 2020);

• *Strojnik v. SWK Properties*, Case No. 20-00255-DOC (ADSx) (C.D.Cal. May 28, 2020);

• *Strojnik v. Shakti Investments, LLC*, Case No. 20-0256-DOC (ADSx) (C.D.Cal. May 28, 2020); and

• *Strojnik v. IA Lodging Napa First LLC*, No. 19-cv-03983-DMR, 2020 U.S. Dist. LEXIS 95738 (N.D. Cal. June 1, 2020).

2. In addition, the District Court in *Strojnik v. IA Lodging Napa First LLC*, No. 19-cv-03983-DMR, 2020 U.S. Dist. LEXIS 95738 (N.D. Cal. June 1, 2020) declared that Strojnik was a vexatious litigant and subject to a pre-filing order, as a result of his frivolous and harassing ADA complaints.

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: June 3, 2020       By:_____
                             Philip H. Stillman, Esq.
                             Attorneys for defendant R.F. WEICHERT V, INC.

# PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on June 3, 2020 or as soon as possible thereafter, copies of the foregoing Notice of Recent Decision was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and via email to Plaintiff's email address listed with this Court.

By: /s/ *Philip H. Stillman*
Attorneys for R.F. WEICHERT V, INC.