UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER STROJNIK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R.F. WEICHERT V, INC.,<br><br>　　　　Defendant. | Case No.  20-cv-00354-VKD<br><br>**ORDER SETTING BRIEFING SCHEDULE RE PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT** |

The Court previously struck Mr. Strojnik's Second Amended Complaint (Dkt. No. 33) and directed him to file an amended complaint that complied with the Court's January 25, 2021 order granting defendant's motion to dismiss (Dkt. No. 32) and/or file a motion seeking leave to file a supplemental pleading.  Dkt. No. 38.  On April 3, 2021, Mr. Strojnik filed a document titled "Second Amended Complaint."  Dkt. No. 39.  The Court broadly construes the "Introduction" section of that April 3 filing (*see* Dkt. No. 39 at 1:17-2:20) as a motion by Mr. Strojnik for leave to file a supplemental pleading under Rule 15(d).

By **April 20, 2021**, defendant shall file a response to Mr. Strojnik's motion for leave to file a supplemental pleading, stating whether it opposes the request and if so, the reasons why.  Mr. Strojnik shall file his reply by **April 27, 2021**.  Unless otherwise ordered, the Court will deem the matter submitted on the papers without oral argument.  *See* Civil L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: April 6, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Virginia K. DeMarchi*
　　　　　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA K. DEMARCHI
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge