United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PETER STROJNIK,

          Plaintiff,

    v.

R.F. WEICHERT V, INC.,

          Defendant.

Case No. 20-cv-00354-VKD

**ORDER STRIKING "NOTICE OF FILING SECOND AMENDED COMPLAINT WITH EXPLANATORY NOTES"**

Re: Dkt. No. 43

On November 2, 2021 the Court granted in part and denied in part what it construed as Mr. Strojnik's motion for leave to file a supplemental complaint. *See* Dkt. Nos. 39, 40. On November 9, 2021, Mr. Strojnik filed a Second Amended Complaint (Dkt. No. 44), along with a "Notice of Filing Second Amended Complaint with Explanatory Notes" (Dkt. No. 43).

The Court's November 9, 2021 order authorized only the filing of portions of Mr. Strojnik's previously proposed Second Amended Complaint. It appears that the sole purpose of his "Notice of Filing Second Amended Complaint with Explanatory Notes" is to modify, amend, or supplement the Second Amended Complaint, beyond what was permitted by the Court's November 9, 2021 order. Mr. Strojnik's "Notice of Filing Second Amended Complaint with Explanatory Notes" therefore is stricken.

**IT IS SO ORDERED.**

Dated: November 10, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge