Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax:  (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant R.F. WEICHERT V, INC.

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

PETER STROJNIK,

                Plaintiff,

vs.

R.F. WEICHERT V, INC. dba
JABBERWOCK INN,

                Defendant.

Case No. 5:20-cv-00354-VKD

**DECLARATION OF PHILIP STILLMAN IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION FOR A STAY PENDING RULING ON DEFENDANT'S MOTION FOR A COSTS BOND**

Courtroom: 2, 5th Fl.

Hon. Virginia K. DeMarchi

Admin. Motion For Stay

## DECLARATION OF PHILIP H. STILLMAN

I, Philip H. Stillman, hereby declare:

1.      I am a member of the California State Bar in good standing, and counsel for Defendant in the above-captioned action.  I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to them.

2.      Strojnik filed a Second Amended Complaint that continues to properly allege standing and fails to state claim. Accordingly, Defendant will file yet another Motion to Dismiss the SAC.  Moreover, on November 18, Strojnik filed a frivolous Motion for Summary Judgment which is basically his frivolous SAC with a declaration.  It is an overt and not-even-disguised effort to force Defendant to spend more money in attorney's fees. Obviously, Defendant will be opposing that Motion as well.

3.      On Friday, November 19, 2021, I contacted Peter Strojnik and sought his stipulation to the relief requested in this Administrative Motion.  He not only refused, but demanded $4,000 in damages plus costs in response.

4.      Accordingly, I prepared this Administrative Motion.

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.  Signed this 21[th] day of November, 2021 at Miami Beach, Florida.

By:_____
        Philip H. Stillman, Esq.

1

**PROOF OF SERVICE**

2     I, the undersigned, certify under penalty of perjury that on November 21, 2021, or as

3 soon as possible thereafter, copies of the foregoing Administrative Motion for A Stay, the

4 Declaration of Philip Stillman and Proposed Order were served electronically by the

5 Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to

6 the same and via email to Plaintiff's email address listed with this Court.

7                                                    By: /s/ *Philip H. Stillman*
                                                    Attorneys for RF WEICHERT V, INC.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28