PHILIP H. STILLMAN, State Bar No. 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. 888-235-4279
Fax. 888-225-4279
pstillman@stillmanassociates.com

Attorneys for Defendant R.F. WEICHERT V, INC.

# UNITED STATES COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>R.F. WEICHERT V, INC. dba JABBERWOCK INN,<br><br>　　　　　Defendant. | Case No. 5:20-cv-00354-VKD<br><br>**[PROPOSED] ORDER ON ADMINISTRATIVE MOTION FOR A STAY PENDING RULING ON DEFENDANT'S MOTION FOR A COSTS BOND**<br><br>Courtroom: 2, 5th Fl.<br><br>Hon. Virginia K. DeMarchi |

STILLMAN & ASSOCIATES
3015 North Bay Road
Suite B
Miami Beach, FL 33140
888.235.4279

PROPOSED ORDER ON DEFENDANT'S ADMINISTRATIVE MOTION

Having carefully considered Defendants' Administrative Motion for a Stay pending Ruling on Defendant's Motion for A Costs Bond, the Court hereby GRANTS Defendants' Motion.

In this case, Strojnik's complaint has been dismissed twice. Countless courts, including this one, have found his complaints frivolous, he has been determined to be a vexatious litigant in this District, the Central District and the Southern District, the District of Arizona, the California Superior Courts and the Arizona state courts. He now claims in his Second Amended Complaint to have visited Defendant's hotel in a wheelchair despite strong evidence, including the personal observations of Southern District federal judge Cynthia A. Bashant, that he does not need or use a wheelchair. Five courts have ordered Strojnik to post a bond to secure costs and attorney's fees and he has so far refused to do so, in addition to failing to pay numerous attorney's fees awards (including one from this Court).

Accordingly, the Court agrees with Defendant, at least at this time, it makes no sense to require Defendant to file yet another Motion to Dismiss Strojnik's Second Amended Complaint and respond to his Motion for Summary Judgment until after this Court decides Defendant's pending Motion for a Costs Bond, scheduled to be heard on December 21, 2021.

Accordingly, the Courts GRANTS Defendants' Administrative Motion and stays all proceedings in this case other that the Motion for a Costs Bond, until further order of this Court.

**IT IS SO ORDERED.**                    _____
                                                  Hon. Virginia K. DiMarchi

STILLMAN & ASSOCIATES
3015 North Bay Road
Suite B
Miami Beach, CA 33140
888.235.4279

2

PROPOSED ORDER ON DEFENDANT'S MOTION TO DISMISS COMPLAINT