Peter Strojnik (Sr.),
7847 N. Central Ave.
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

**FILED**

JUL 30 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik (Sr.),<br><br>Plaintiff,<br><br>vs.<br><br>Sacramento Hotel, LLC. dba The Citizen Hotel, Autograph Collection<br><br>Defendant. | Case No: 2:19-cv-2041-TLN-CKD-PS<br><br>**NOTICE OF PAYMENT OF $250.00 AND NOTICE OF DISMISSAL**<br><br>Date: August 18, 2021<br>Time: 10:00 am<br>Judge: Carolyn K. Delaney |

**PLEASE TAKE NOTICE THAT** this 26th day of July, 2021, Plaintiff placed a check for $250.00 in the mail along with this Notice and sent it to the District Court.

Please also take notice that Plaintiff dismisses this action altogether.

RESPECTFULLY SUBMITTED this 26th day of July, 2021.

**PETER STROJNIK**

_____
Peter Strojnik

Mailed this 26th day of July 2021, to the District Court.

/s/