Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant R.F. WEICHERT V, INC.

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>            Plaintiff,<br>vs.<br><br>R.F. WEICHERT V, INC. dba JABBERWOCK INN,<br><br>            Defendant. | Case No. 5:20-cv-00354-VKD<br><br>**NOTICE OF ERRATA RE REPLY IN SUPPORT OF MOTION TO REQUIRE PLAINTIFF TO POST A COSTS BOND**<br><br>Date: December 21, 2021<br>Time: 10 a.m.<br>Courtroom: 2, 5th Fl.<br><br>Hon. Virginia K. DeMarchi |

1   Defendant RF Reichert V, Inc. hereby submits the following Notice of Errata.  In
2 reviewing the Reply in support of the Motion for a Cost Bond today for another case,
3 Defendant's counsel noticed for the first time that the Costs Bond Reply filed on December
4 2, 2021 was the original Cost Bond reply originally filed in this case on March 2021 that
5 was denied as moot.  Because the files were identically named in the folder for this case,
6 defendant's counsel uploaded the correctly named Reply, not realizing that it was not the
7 new Reply drafted to be filed on December 2 that responded to Strojnik's new arguments in
8 his Opposition.  As the Court can see from the Reply, it is clearly dated incorrectly and
9 corresponds to the reply filed on March 18, 2021. All of the other supporting documents
10 filed with the Reply on December 2 are correct.

11   Counsel deeply apologizes for the error and respectfully requests that this Court
12 accept the correct Reply submitted herewith in lieu of the incorrect reply filed on December
13 2, 2021.

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: December 15, 2021       By:_____
                                Philip H. Stillman, Esq.
                                Attorneys for defendant

Notice of errata Re Costs Bond Reply                    -1-

## PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on December 15, 2021, or as soon as possible thereafter, copies of the foregoing Notice of Errata and correct Reply in support of Defendant's Motion for a Costs Bond, was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and via email to Plaintiff's email address listed with this Court.

By: /s/ *Philip H. Stillman*
Attorneys for R.F. Reichert Hotels V, Inc.