UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER STROJNIK,<br><br>            Plaintiff,<br><br>      v.<br><br>R.F. WEICHERT V, INC.,<br><br>            Defendant. | Case No.  20-cv-00354-VKD<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On January 10, 2022, the Court granted defendant's motion for a bond and stayed this action pending Mr. Strojnik's posting of a $20,000 bond by January 31, 2022. Dkt. No. 54. In that order, the Court stated that "[i]f Mr. Strojnik does not post the bond by the ordered deadline, the Court will dismiss this action without prejudice." *Id*. at 9. Because Mr. Strojnik has failed to post a security bond, the Court dismisses this action without prejudice. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

Dated:  February 14, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge